UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ABDULQAYYUM MUHAMMED IBNRAYMONE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 24-cv-11444-ADB |
| CITY OF BOSTON, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

BURROUGHS, D.J.

In a Memorandum and Order dated August 6, 2024, the Court ordered plaintiff AbdulQayyum Muhammed IbnRaymone ("IbnRaymone") to file an amended complaint if he wishes to proceed with this action. [Dkt. No. 4]. The Court informed IbnRaymone that failure to timely comply will result in dismissal of this action. [Id.].

The time period for complying with the Court's Order has elapsed without any response from IbnRaymone. Accordingly, the Court orders that this action be dismissed for failure to file an amended complaint or otherwise respond to the Memorandum and Order.

**SO ORDERED.**

September 23, 2024                                        /s/ Allison D. Burroughs
                                                                                                ALLISON D. BURROUGHS
                                                                                                 U.S. DISTRICT JUDGE